# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

In re: ASHINC Corporation

---

Mark Gendregske, et al., :
:
        Appellants, :
:
v. : C. A. No. 14-1415- SLR
: Bankruptcy Case No. 12-11564 (CSS)
Black Diamond Commercial Finance : AP No. 14-37
LLC, et al., :
:
        Appellees. :

## **RECOMMENDATION**

At Wilmington this 5th day of **June, 2015**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, multiple teleconferences were held for review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of these teleconferences, mediation occurred on June 3, 2015. Previously, the parties mediated the issues in the underlying matter for over 15 months. Although an agreement was executed, objections were raised to the settlement and the settlement was not approved by the Bankruptcy Court which lead to this appeal. Mediation in this court focused on certain issues in the underlying matter. A related matter is also filed in this court, 13-1010-SLR, which involves the same issues mediated on June 3, 2015.

WHEREAS, no resolution of this matter occurred and further mediation at

this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties have advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

2