IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ASHINC CORPORATION, et al.,<br><br>Debtors. | ) Chapter 11<br>) Bk. No. 12-11564 (CSS)<br>)<br>)<br>)<br>) |
| MARK GENDREGSKE, et al.<br><br>Appellants,<br><br>v.<br><br>BLACK DIAMOND COMMERCIAL<br>FINANCE LLC, et al.,<br><br>Appellees. | )<br>)<br>)<br>)<br>) Civ. No. 14-1415-SLR<br>)<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this 8th day of June, 2015, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **July 9, 2015.**

2. Appellees' brief in opposition to the appeal is due on or before **August 10, 2015.**

3. Appellants' reply brief is due on or before **August 24, 2015.**

**NOTE: Please refer to D. Del. LR 7.1.3(4) for page limitations.**

_____
United States District Judge