## CERTIFICATE OF SERVICE

I, Erin R. Fay, certify that I am not less than 18 years of age, and that service of the foregoing **Brief of Appellants Mark J. Gendregske and Brian Cullen in Support of Appeal** was caused to be made on July 9, 2015, in the manner indicated, upon the entities identified below:

Date: July 9, 2015  　　　　　　　　　　　　　　　　　　_/s/ Erin R. Fay_
　　　　Wilmington, Delaware　　　　　　　　　　　　Erin R. Fay (No. 5268)

**Via First Class Mail**　　　　　　　　　　　　　　**Via Hand Delivery**

Michal G. Burke　　　　　　　　　　　　　　　　　William D. Sullivan
Nicholas K. Lagemann　　　　　　　　　　　　　　William A. Hazeltine
Sidley Austin LLP　　　　　　　　　　　　　　　　Sullivan Hazeltine Allinson LLC
787 Seventh Avenue　　　　　　　　　　　　　　　901 N. Market Street
New York, NY 10019　　　　　　　　　　　　　　　Wilmington, DE 19801

Robert A. Klyman　　　　　　　　　　　　　　　　Michael R. Nestor
Sabina Jacobs　　　　　　　　　　　　　　　　　　Edmund L. Morton
Gibson, Dunn & Crutcher LLP　　　　　　　　　　　Young Conaway Stargatt & Taylor LLP
333 S. Grand Ave.　　　　　　　　　　　　　　　　1000 N. King St.
Los Angeles, CA 90071　　　　　　　　　　　　　　Wilmington, DE 19801

Adam C. Harris　　　　　　　　　　　　　　　　　 Adam G. Landis
Robert J. Ward　　　　　　　　　　　　　　　　　 Kerri K. Mumford
David M. Hillman　　　　　　　　　　　　　　　　Landis Rath & Cobb LLP
Schulte Roth & Zabel LLP　　　　　　　　　　　　 919 N. Market St.
919 Third Ave.　　　　　　　　　　　　　　　　　 Wilmington, DE 19801
New York, NY 10022

　　　　　　　　　　　　　　　　　　　　　　　　 Mark D. Collins
Jeffrey W. Kelley　　　　　　　　　　　　　　　　 Marisa A. Terranova
Ezra H. Cohen　　　　　　　　　　　　　　　　　　Richards Layton & Finger, P.A.
Troutman Sanders LLP　　　　　　　　　　　　　　 920 N. King St.
600 Peachtree St.　　　　　　　　　　　　　　　　 Wilmington, DE 9801
Atlanta, GA 30308

9295321.1